1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. HUANG, on behalf of himself and all others similarly-situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SBC SERVICES, INC., a Missouri corporation; AT&T SERVICES, INC., a Delaware corporation and DOES 1 through 500, Inclusive,<br><br>Defendants. | CASE NO. 06CV2238-WMc<br><br>**ORDER FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, TEMPORARY AND CONDITIONAL CERTIFICATION AS A CLASS ACTION, SETTING OF A FAIRNESS DETERMINATION HEARING AND APPROVAL OF NOTICE TO CLASS**<br><br>Complaint Filed:  October 5, 2006<br>Trial Date:          None Set |

The Court, having fully reviewed the Joint Motion for Preliminary Approval of Class Action Settlement, the supporting Points and Authorities, Declaration of Isam C. Khoury, the Settlement Agreement, Notice of Proposed Class Action Settlement and Claim Form, and the Proposed Order Granting Preliminary Approval, and in recognition of the Court's duty to make a preliminary determination as to the reasonableness of any proposed Class Action settlement, and if preliminarily determined to be reasonable, to ensure proper notice is provided to Class Members in accordance with due process requirements; and to conduct a Final Approval hearing as to the good faith,

LEGAL_US_W # 56547569.1

fairness, adequacy and reasonableness of any proposed settlement, THE COURT HEREBY MAKES THE FOLLOWING DETERMINATIONS AND ORDERS:

1. The Court finds, on a preliminary basis, that the Settlement Agreement, incorporated in full by this reference and made a part of this Order of Preliminary Approval, appears to be within the range of reasonableness of a settlement which could ultimately be given final approval by this Court; the Court notes that Defendants SBC Services, Inc., AT&T Services, Inc., Ameritech Services, Inc., AT&T Labs, Inc., AT&T Operations, Inc., Pacific Bell Directory, Pacific Bell Information Services, Pacific Bell Telephone Company, PBD Holdings dba Digital Graphics Advantage, SBC Advanced Solutions, Inc., SBC Internet Services, Inc., and SBC Long Distance, Inc. ("AT&T") have agreed to pay the Maximum Settlement Amount of up to $11,200,000, plus the employer's share of payroll taxes, to the Plaintiff, Class Members, the Class Representative, Class Counsel, the Claims Administrator, and the State of California Labor Workforce and Development Agency, in full satisfaction of the claims as more specifically described in the Settlement Agreement;

It further appears to the Court, on a preliminary basis, that the settlement is fair and reasonable to Class Members when balanced against the probable outcome of further litigation relating to class certification, liability and damages issues, and potential appeals of rulings. It further appears that significant informal discovery, investigation, research, and litigation has been conducted such that counsel for the Parties at this time are able to reasonably evaluate their respective positions. It further appears that settlement at this time will avoid substantial costs, delay and risks that would be presented by the further prosecution of the litigation. It also appears that the proposed Settlement has been reached as the result of intensive, informed and non-collusive negotiations between the Parties;

1    ACCORDINGLY, GOOD CAUSE APPEARING, THE MOTION FOR ORDER
2 OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT IS HEREBY
3 GRANTED; AND AS A PART OF SAID PRELIMINARY APPROVAL, THE COURT
4 HEREBY ACCEPTS AND INCORPORATES THE PARTIES' SETTLEMENT
5 AGREEMENT AND HEREBY TEMPORARILY AND CONDITIONALLY CERTIFIES
6 THE CLASS FOR SETTLEMENT PURPOSES ONLY PURSUANT TO THE TERMS
7 AND CONDITIONS CONTAINED IN SAID SETTLEMENT AGREEMENT.

9    2.    The Court finds that the Notice of Proposed Class Action Settlement and
10 Claim Form advise of the pendency of the Class Action and of the proposed settlement, of
11 preliminary Court approval of the proposed Settlement, claim submission timing and
12 procedures, opt-out timing and procedures, and of the Final Approval Hearing.  These
13 documents fairly and adequately advise Class Members of the terms of the proposed
14 Settlement and the benefits available to Class Members thereunder, as well as their right
15 to "Opt-Out" and procedures for doing so, and of the Final Approval Hearing and the right
16 of Class Members to file documentation in support or in opposition and to appear in
17 connection with said hearing; the Court further finds that said Notice clearly comports
18 with all constitutional requirements including those of due process;

20    ACCORDINGLY, GOOD CAUSE APPEARING, THE COURT HEREBY
21 APPROVES THE PROPOSED NOTICE OF PROPOSED CLASS ACTION
22 SETTLEMENT AND THE PROPOSED CLAIM FORM;

24    3.    The mailing to the present and last known addresses of the Class Members
25 constitutes an effective method of notifying Class Members of their rights with respect to
26 the Class Action and Settlement; ACCORDINGLY, IT IS HEREBY ORDERED as
27 follows:
28

LEGAL_US_W # 56547569.1

1      (a) On or before October 22, 2007 (14 days after entry of Preliminary Approval), AT&T shall forward to the appointed Claims Administrator, Rust Consulting, Inc., a database (in an electronic spreadsheet format) of all Class Members, including the names, last known addresses and telephone numbers, dates of employment in Covered Positions, social security numbers, and respective total weeks worked during the Covered Period, October 5, 2002 through June 30, 2007;

      (b) On or before November 8, 2007, (30 days after entry of Preliminary Approval), the Claims Administrator, Rust Consulting, Inc., shall mail to each member of the Settlement Class[1], by first class, postage pre-paid, the Notice of Class Action Settlement, Claim Form, Exclusion Form, and a postage-paid envelope addressed to the Claims Administrator.

      All mailings shall be made to the present and/or last known mailing address of the Class Members based on AT&T's records, as well as addresses that may be located by the Claims Administrator, who will conduct standard address searches in cases of returned mail. The Court finds that the mailing of notices to Class Members as set forth in this paragraph is the best means practicable by which to reach Class Members and is reasonable and adequate pursuant to all constitutional and statutory requirements including all due process requirements.

---

[1] The Settlement Class is defined in the Settlement Agreement as follows: The named Plaintiff, Steven C. Huang, and all current and former employees of SBC Services, Inc., AT&T Services, Inc., Ameritech Services, Inc., AT&T Labs, Inc., AT&T Operations, Inc., Pacific Bell Directory, Pacific Bell Information Services, Pacific Bell Telephone Company, PBD Holdings dba Digital Graphics Advantage, SBC Advanced Solutions, Inc., SBC Internet Services, Inc., and/or SBC Long Distance, Inc. (collectively referred to as "AT&T") who were employed as Senior Communications Specialists, Senior Systems Analysts and/or Systems Analysts ("Covered Positions") in the State of California at any time during the Covered Period, October 5, 2002 through June 30, 2007. (Settlement Agreement, ¶¶ I. 5, 12, 13.)

LEGAL_US_W # 56547569.1

-3-

1          (c)    On or before December 23, 2007, (15 days before the Claims Period deadline/ 45 days after mailing the Class Notice), the Claims Administrator, Rust Consulting, Inc., shall mail a "reminder" post-card to those Class Members who have not responded to the Notice of Proposed Class Action Settlement with the return of a Claim Form, or an Exclusion Form, reminding them of the deadline in which to act to make a claim.

4.    IT IS FURTHER ORDERED that all:

       (a)    Requests for Exclusion ("opt-out requests") must be mailed to the Claims Administrator, Rust Consulting, Inc., postmarked on or before December 8, 2007, (30 days after mailing of the Class Notice.)

       (b)    Objections must be filed with the Court as described in the Class Notice on or before December 8, 2007, (30 days after mailing of the Class Notice) and served on Counsel for the Plaintiff and on Counsel for AT&T.

       (c)    Claim Forms must be mailed to the Claims Administrator, postmarked on or before January 7, 2008, (60 days after mailing of the Class Notice.)

5.    IT IS FURTHER ORDERED that the Final Approval Hearing shall be held before the undersigned at <u>9:30 a.m.</u> on <u>March 12, 2008,</u> at the above-entitled court located at the 940 Front Street, Dept. 10, San Diego, California 92101 to consider the fairness, adequacy and reasonableness of the proposed Settlement preliminarily approved by this Order of Preliminary Approval, and to consider the application of Class Counsel Cohelan & Khoury for an award of reasonable attorneys' fees, litigation expenses, class representative enhancement, and for costs of claims administration incurred;

LEGAL_US_W # 56547569.1

-4-

1        6.    IT IS FURTHER ORDERED all briefs in support of the proposed
2  Settlement shall be served and filed with the Court on or before March 5, 2008.

4        7.    IT IS FURTHER ORDERED that pending final determination of whether
5  this proposed Settlement should be granted final approval, no Class Member, either
6  directly or representatively, or in any other capacity, shall commence or prosecute any
7  action or proceeding asserting any of the Class Members' Released Claims, as defined in
8  the Settlement Agreement, against AT&T in any court or tribunal;

10       8.    IT IS FURTHER ORDERED that any party to this case, including Class
11 Members, may appear at the Final Approval Hearing in person or by counsel, and may be
12 heard to the extent allowed by the Court, in support of or in opposition to, the Court's
13 determination of the good faith, fairness, reasonableness and adequacy of the proposed
14 Settlement, the requested attorneys' fees and litigation expenses, and any Order of Final
15 Approval and Judgment regarding such Settlement, fees and expenses; provided, however,
16 that no person, except Class Counsel and counsel for AT&T, shall be heard in opposition
17 to such matters unless such person has complied with the conditions set forth in the Notice
18 of Proposed Class Action Settlement which conditions are incorporated therein;

20       9.    IT IS FURTHER ORDERED that in the event of the occurrence of the
21 Settlement Effective Date, as defined in the Settlement Agreement, all Class Members,
22 except those who have requested exclusion from the settlement, and their successors shall
23 conclusively be deemed to have given full releases of any and all Class Members'
24 Released Claims as defined in the Settlement Agreement against AT&T, its former and
25 present parents, subsidiaries, affiliated corporations and entities, and each of their
26 respective officers, officials, directors, employees, partners, shareholders and agents, any
27 other successors, assigns or legal representatives ("Class Members' Released Parties")
28 and all such Class Members and their successors shall be permanently enjoined and

1  forever barred from asserting any Class Members' Released Claims against any Class
2  Members' Released Parties as described by the Settlement Agreement;

4  10. IT IS FURTHER ORDERED that if, for any reason, the Court does not
5  execute and file an Order of Final Approval, or if the Settlement Effective Date does not
6  occur for any reason whatsoever, the proposed Settlement Agreement and the proposed
7  Settlement subject of this Order and all evidence and proceedings had in connection
8  therewith, shall be without prejudice to the *status quo ante* rights of the parties to the
9  litigation as more specifically set forth in the Settlement Agreement.

11  11. IT IS FURTHER ORDERED that, pending further order of this Court, all
12  proceedings in this matter except those contemplated herein and in the Settlement
13  Agreement are stayed.

15  12. The Court expressly reserves the right to adjourn or continue the Final
16  Approval Hearing from time-to-time without further notice to the Class Members.

18  IT IS SO ORDERED.
19  Dated:  October 9, 2007

_____
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF CALIFORNIA