1  Timothy D. Cohelan, Esq., SBN 60827
   Isam C. Khoury, Esq., SBN 58759
2  Michael D. Singer, Esq., SBN 115301
   Diana M. Khoury, Esq., SBN 128643
3  COHELAN & KHOURY
   605 C Street, Suite 200
4  San Diego, CA 92101-5305
   TEL:  (619) 595-3001
5  FAX: (619) 595-3000
   tcohelan@ck-lawfirm.com
6  ikhoury@ck-lawfirm.com
   msinger@ck-lawfirm.com
7  dkhoury@ck-lawfirm.com

8  Perry G. Smith, Esq., SBN 210401
   BARRITT SMITH LLP
9  17310 Red Hill Avenue, Suite 140
   Irvine, CA 92614
10 TEL:  (949) 553-0700
   FAX: (949) 553-0715
11 psmith@barrittsmith.com

12 Attorneys for Plaintiff Steven C. Huang on behalf of
   himself and all others similarly-situated:
13

**UNITED STATES DISTRICT COURT OF CALIFORNIA**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN C. HUANG, on behalf of himself and all others similarly-situated,<br><br>Plaintiffs,<br><br>v.<br><br>SBC SERVICES, INC., a Missouri corporation; AT&T SERVICES, INC., a Delaware corporation and DOES 1 through 500, Inclusive,<br><br>Defendants.<br>_____ | CASE NO. 06CV2238 DMS (WMc)<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:            March 12, 2008<br>Time:            9:30 A.M.<br>Dept:            10<br><br>Complaint Filed:   October 5, 2006<br>Trial Date:        None Set |

1 **TO: ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF
2 RECORD**:

3   NOTICE IS HEREBY GIVEN that on March 12, 2008 at 9:30 a.m. before
4 Honorable William McCurine, Jr., District Court Magistrate Judge, in Department
5 10, of the above-entitled Court, located at 940 Front Street, San Diego, California
6 92101, Plaintiff STEVEN C. HUANG, an individual, on behalf of himself and all
7 others similarly situated, will move this Court, and hereby does move, for an Order
8 granting final approval of the class action settlement.  Good cause exists for the
9 granting of the motion in that the class action settlement is fair, reasonable, and
10 adequate.

11   This motion will be based on this Notice of Motion, the Memorandum of
12 Points and Authorities, the Declaration of Isam C. Khoury, Declaration of Amanda
13 J. Myette, (for Rust Consulting, Inc., the appointed Claims Administrator), the
14 records and file in this action, and upon such oral and documentary evidence as may
15 be presented at the hearing of the Motion.

16                               Respectfully Submitted,

17                               COHELAN & KHOURY
                                  BARRITT SMITH
18

19

20 Dated: March 5, 2008           By: /s/ Diana M. Khoury
                                       Diana M. Khoury
21
                                  Attorneys for Plaintiff,
22                                Steven C. Huang, individually, and on
                                  behalf of all others similarly and the
23                                Conditionally Certified Class

24

25

26

27

28