# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HUANG, et al.,, <br><br> Plaintiff, <br> vs. <br> SBC SERVICES, INC., et al.,, <br><br> Defendant. | CASE NO. 06cv2238 WMc <br><br> ORDER |

A hearing on Plaintiffs' Motion for Final Approval of Class Action Settlement was held on March 12, 2008, on the record. Appearing for plaintiffs were Diana Khoury, Esq., Sam Khoury, Esq., Timothy Cohelan, Esq., and Perry Smith, Esq. Plaintiff Huang also appeared. Appearing for Defendant was Deborah Weiser, Esq. Based upon its oral ruling, which is fully incorporated herein, the Court issues the following Order:

1. Final Approval of Class Action Settlement is GRANTED.

2. On or before March 19, 2008, counsel for plaintiff shall provide the Court with a proposed order setting forth all terms of the Court's Order in open court in March 12, 2008.

IT IS SO ORDERED.

DATED: March 14, 2008

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

- 1 -  06cv2238 WMc