FILED

08 MAR 18 PM 3:08

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECC   DEPUTY

UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. HUANG, on behalf of himself and all others similarly-situated,<br><br>Plaintiffs,<br>v.<br>SBC SERVICES, INC., a Missouri corporation; AT&T SERVICES, INC., a Delaware corporation and DOES 1 through 500, Inclusive,<br><br>Defendants. | CASE NO. 06CV2238 DMS (WMc)<br><br>**FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Date: March 12, 2008<br>Time: 9:30 A.M.<br>Dept.: 10<br><br>Date Action Filed: October 5, 2006 |

FINAL ORDER APPROVING CLASS ACTION SETTLEMENT

1         This matter having come before the Court for hearing, pursuant to the Court's Order of Preliminary Approval for Class Settlement dated October 9, 2007 (the "Preliminary Approval Order"), for final approval of the Settlement set forth in the Settlement Agreement and Joint Stipulation filed with this Court (the "Stipulation of Settlement") and due and adequate notice having been given to the Class as required in said Preliminary Approval Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed of the premises and good cause appearing therefore:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. All terms used herein shall have the same meaning as defined in the Stipulation of Settlement unless otherwise defined, and the terms thereof shall be implemented in accordance with the terms thereof.

2. Pursuant to Federal Rules of Civil Procedure and due process, the Court hereby finally approves the Settlement set forth in the Stipulation of Settlement and finds that such Settlement is, in all respects, fair, reasonable and adequate to the Class. The Court further finds that the Stipulation of Settlement and Settlement set forth therein were entered into in good faith following arms length negotiations and is non-collusive, and that this Class as defined in the Stipulation of Settlement be certified for settlement purposes only.

3. Excluded from the Settlement are six (6) persons who submitted valid and timely requests for exclusion. Every person in the Class who did not submit a timely Exclusion Form is a Class Member.

4. This action is hereby dismissed with prejudice as to Plaintiffs and all Class Members, other than those who timely submitted an Exclusion Form.

5. The Settlement is not an admission by Defendants as to the merits of the lawsuit or that either of them is appropriate for class treatment. Nor is this Final Judgment a finding as to the validity of any claims in the lawsuit, its amenability to class certification, or any wrongdoing on behalf of Defendants.

6. Upon approval of the Settlement and entry of this Judgment and Order, Plaintiff and each Class Member, other than those who timely submitted an Exclusion Form, shall be deemed to have, and by operation of this Judgment and Order, shall have fully and finally released any and all Released Claims as to defendants SBC Services, Inc., AT&T Services, Inc., Ameritech Services, Inc., AT&T Labs, Inc., AT&T Operations, Inc., Pacific Bell Directory, Pacific Bell Information Services, Pacific Bell Telephone Company, PBD Holdings dba Digital Graphics Advantage, SBC Advanced Solutions, Inc., and SBC Long Distance, Inc. ("Defendants" or "AT&T") from all Released Claims.

7. In aid to this Court's jurisdiction to implement and enforce the Settlement, Plaintiff and all Class Members and all persons purporting to act on behalf of Class Members, with the exception of those six persons who timely submitted Exclusion Forms, are enjoined, directly, on a representative basis or in any other capacity, from commencing or

prosecuting any action, arbitration or proceeding in any court, arbitral forum or tribunal against AT&T asserting any of the Released Claims.

8. The Court finds that the Mailed Notice and Class Notice provided to the Class Members were the best notice practicable under the circumstances of these proceedings and of the matters set forth therein, and that the Mailed Notice and Class Notice fully satisfy the requirements of the Federal Rules of Civil Procedure, due process and any other applicable laws.

9. Any court order regarding the application for Class Counsel's attorneys' fees and Plaintiff's incentive fees shall in no way disturb or affect this Judgment and Order and shall be considered separate from this Judgment and Order.

10. Without affecting the finality of this Judgment and Order in any way, this Court hereby retains continuing jurisdiction over the interpretation, implementation and enforcement of the Settlement and the payments to be made under the Settlement.

11. The Parties shall bear their own attorneys' fees and costs, except as otherwise provided in the Stipulation of Settlement and the Court's Order Granting Award of Attorneys' Fees, Costs, Class Representative Enhancement, and Claims Administration Expenses.

12. In the event that the Settlement does not become effective in accordance with its terms, then this Judgment and Order and the Settlement Agreement and General Release for the Class

-4-

Representative shall be rendered null and void to the extent provided by and in accordance with the Stipulation of Settlement and shall be vacated and, in such event, all orders entered in connection herewith shall be null and void to the extent provided by and in accordance with the Stipulation of Settlement.

IT IS SO ORDERED.

Dated: March 16, 2008

_____
WILLIAM McCURINE, JR.
Magistrate Judge of the
United States District Court
for the Southern District of California

FINAL ORDER APPROVING CLASS ACTION SETTLEMENT