```
                                           FILED

                                        08 MAR 18 PM 3:00

                                        CLERK, U.S. DISTRICT C
                                        SOUTHERN DISTRICT OF CALI

                                        BY: ECL           DEPUTY
```

# UNITED STATES DISTRICT COURT OF CALIFORNIA

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. HUANG, on behalf of himself and all others similarly-situated,<br><br>Plaintiffs,<br><br>v.<br><br>SBC SERVICES, INC., a Missouri corporation; AT&T SERVICES, INC., a Delaware corporation and DOES 1 through 500, Inclusive,<br><br>Defendants. | ) CASE NO. 06CV2238 WMc<br>)<br>) [CLASS ACTION]<br>)<br>) ORDER GRANTING AWARD OF<br>) ATTORNEYS' FEES, COSTS,<br>) CLASS REPRESENTATIVE<br>) ENHANCEMENT, AND CLAIMS<br>) ADMINISTRATION EXPENSES<br>)<br>) Date:       March 12, 2008<br>) Time:       9:30 A.M.<br>) Dept:        C<br>)<br>)<br>) Complaint Filed:  October 5, 2006<br>) Trial Date:       None Set |

ORDER GRANTING AWARD OF                                    CASE NO. 06CV2238 DMS (WMc)
ATTORNEYS' FEES, COSTS, CLASS REPRESENTATIVE ENHANCEMENT, ETC.

1

This matter was heard by the Court on March 12, 2008 at 9:30 a.m., in Department 10 of the United States District Court for the Southern District before the Honorable William McCurine, Jr., District Court Magistrate Judge, pursuant to the noticed Motion for Award of Attorneys' Fees, Costs, Class Representative Enhancement, and Claims Administration Expenses.

The Court having considered the documents filed by the Parties in connection with the class action settlement, the oral arguments of counsel, as well as the comments and materials received from Parties interested in the Settlement, finds as follows:

1.   The Court finds that Class Counsel, having conferred a benefit on absent Class Members and having expended efforts to secure a benefit to the Class, is entitled to a fee and accordingly, the Court approves the application of Class Counsel, Law Offices of Cohelan & Khoury and Barritt Smith LLP for $3,360,000.00 for their attorneys' fees and $20,930.69 for their litigation expenses. Furthermore, pursuant to the Court's Order, as part of Plaintiff/Class Representative Steven C. Huang's enhancement award, Class Counsel's shall pay from the attorneys fees award, $5,000 to Steven C. Huang.

2.   The Court further approves a payment to the Class Representative, Plaintiff STEVEN C. HUANG as an enhancement in the amount of $25,000.00 for the initiation of this action, work performed, and the risks undertaken for the payment of attorneys' fees and costs as set forth in the moving papers.

3.   The Court also hereby approves payment of the fees and costs of the appointed claims administrator, Rust Consulting, Inc., of $34,861.31 for services rendered and to be rendered in connection with the completion of its duties pursuant

ORDER GRANTING AWARD OF
ATTORNEYS' FEES, COSTS, CLASS REPRESENTATIVE ENHANCEMENT, ETC.

CASE NO. 06CV2238 DMS (WMc)

2

to the settlement.

4. Any separate appeal from the portion of the Judgment regarding the attorneys' fees and litigation costs awards or the Class Representative enhancement award shall not operate to terminate or cancel the Settlement Agreement.

5. Defendant shall deliver, within ten (10) days of the Settlement Effective Date[1], to Rust Consulting, Inc., the appointed claims administrator, all sums necessary to pay the Court-awarded attorneys' fees, costs, class representative enhancement, State of California Labor Workforce and Development Agency, claims administration expenses, and the claims of all members of the class who submitted valid and timely claims approved for payment pursuant to terms of the Settlement Agreement.

6. The Court further approves and directs Rust Consulting, Inc., within (20) days of the Settlement Effective Date, to disburse to those persons and entities referenced below, in the manner set forth, the following sums:

---

[1] This date is defined in Paragraph 20 of the Settlement Agreement, as follows:

"... the first day following the last of the following occurrences:

(a) The date or the time to appeal or seek permission to appeal or seek other judicial review of the entry of a Final Judgment approving the Settlement has expired with no appeal or other judicial review having been taken or sought; or

(b) If an appeal or other judicial review has been taken or sought, the date the Final Judgment is finally affirmed by an appellate court with no possibility of subsequent appeal or other judicial review therefrom, or the date the appeal(s) or other judicial review therefrom are finally dismissed with no possibility of subsequent appeal or other judicial review."

ORDER GRANTING AWARD OF
ATTORNEYS' FEES, COSTS, CLASS REPRESENTATIVE ENHANCEMENT, ETC.

CASE NO. 06CV2238 DMS (WMc)

3

A. Class Representative Enhancement Award to Plaintiff Steven C. Huang, in the sum of $25,000.00 by check mailed to Class Counsel Cohelan & Khoury;

B. Law Offices of Cohelan & Khoury, for Class Counsels' attorneys' fees: $3,360,000.00, by wire transfer, (from which Class Counsel will pay to Plaintiff/Class Representative Steven C. Huang, the sum of $5,000.00.)

C. Law Offices of Cohelan & Khoury, for Class Counsels' litigation costs: $20,145.69, by wire transfer;

D. Law Offices of Barritt Smith, LLP, for their litigation costs: $785.00 by wire transfer;

E. State of California Labor Workforce & Development Agency: $50,000.00;

F. Rust Consulting, Inc., the Claims Administrator, the estimated sum of $34,861.31 for services rendered in connection with its duties and responsibilities to process claims and to disburse payments, respond to continuing inquiries from the class and the Parties in order to conclude its duties and responsibilities pursuant to the settlement;

G. Individual Settlement Payment checks in accordance with the Settlement Agreement to those members of the Class who submitted valid Claim Forms, which were approved for payment,

ORDER GRANTING AWARD OF
ATTORNEYS' FEES, COSTS, CLASS REPRESENTATIVE ENHANCEMENT, ETC.

CASE NO. 06CV2238 DMS (WMc)

4

by U.S. First Class Mail.

8. The Court retains jurisdiction over the administration and effectuation of the Settlement including, but not limited to, the ultimate disbursal to the participating Class Members, payment of attorneys' fees and costs, the enhancement award to the Class Representative, payment to the State of California Labor Workforce & Development Agency, and the claims administration expenses and other issues related to this Settlement.

IT IS SO ORDERED.

DATED: March 14, 2008

*[signature]*

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

ORDER GRANTING AWARD OF
ATTORNEYS' FEES, COSTS, CLASS REPRESENTATIVE ENHANCEMENT, ETC.

CASE NO. 06CV2238 DMS (WMc)

5